**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ephriam JASPER, also known as Brian**
**Townsel, also known as Kenny Moore,**
**also known as Terell Davis, Defen-**
**dant–Appellant.**

No. 02–2374.

United States Court of Appeals,
Sixth Circuit.

June 3, 2004.

Ross G. Parker, U.S. Attorney's Office, Detroit, MI, for Plaintiff–Appellee.

Ephriam Jasper, Bradford, PA, Suzanna Kostovski, Detroit, MI, for Defendant–Appellant.

Before: GIBBONS and COOK, Circuit Judges; and OLIVER, District Judge.*

---

\* The Honorable Solomon Oliver, Jr., United States District Judge for the Northern District of Ohio, sitting by designation.

**PER CURIAM.**

Ephriam Jasper appeals the district court's application of two offense level enhancements for (1) his possession of firearms during a drug-related crime, and (2) his role as a manager in the offense. We affirm.

The district court did not err by imposing a two-level enhancement under section 2D1.1(b)(1) of the Sentencing Guidelines for Jasper's possessing firearms in connection with a drug-related crime. The government proved Jasper's constructive possession of the firearms by a preponderance of the evidence, and Jasper offered no evidence showing the clear improbability that the weapons were connected to the crime.

Furthermore, because the evidence demonstrates that Jasper managed another person (his mother) in his criminal activity, we agree with the district court's application of a two-level enhancement under section 3B1.1 of the Sentencing Guidelines.

We therefore affirm the district court's judgment.